**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JENNIFER CONLEY, Individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>THE SHERWIN-WILLIAMS MANUFACTURING COMPANY,<br>Defendant. | ) | Civil Action No.: 2:26-cv-01424 |

**MOTION FOR ADMISSION *PRO HAC VICE* OF MEGAN R. BRILLAULT**

Megan R. Brillault, Esquire, undersigned counsel for Defendant The Sherwin-Williams Manufacturing Company (hereinafter "Sherwin-Williams"), hereby moves that she be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant Sherwin-Williams, pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151), and in support of the within motion avers as follows:

1. Megan R. Brillault is a Principal at the law firm of Beveridge & Diamond, PC and her business address is 825 Third Avenue, 16th Floor, New York, NY 10022.

2. Sherwin-Williams desires to enroll Ms. Brillault, and the law firm of Beveridge & Diamond, PC, as additional counsel of record in this matter.

3. Ms. Brillault has provided an affidavit in support of the within motion for *pro hac vice* admission.

4. Ms. Brillault is a member in good standing of the state bars of New York and the District of Columbia.

5. Ms. Brillault is a registered user of the ECF system in the United States District Court for the Western District of Pennsylvania, and she has reviewed and will comply with the Local Rules of Court for the Western District of Pennsylvania.

6. As the within motion for *pro hac vice* admission does not involve any novel or complicated issues, the undersigned respectfully submits that it is unnecessary to file a brief in support of the within motion.

WHEREFORE, it is respectfully requested that this Honorable Court grant the within motion and enter an Order admitting *pro hac vice* Megan R. Brillault as counsel of record for The Sherwin-Williams Manufacturing Company.

Dated: August 25, 2026

Respectfully submitted,

BEVERIDGE & DIAMOND, P.C.

By: */s/ Megan R. Brillault*

Megan R. Brillault
mbrillault@bdlaw.com
825 Third Avenue, 16th Floor
New York, NY 10022
212-702-5400

*Counsel for Defendant The Sherwin-Williams Manufacturing Company*

**CERTIFICATE OF SERVICE**

I, Megan R. Brillault, hereby certify that a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* has been served this 25 day of August, 2026, via CM/ECF on all counsel of record.

*/s/ Megan R. Brillault*
Megan R. Brillault