**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JENNIFER CONLEY, Individually and on behalf of all others similarly situated | ) | |
| Plaintiff, | ) | Civil Action No.: 2:26-CV-01424 |
| v. | ) | |
| THE SHERWIN-WILLIAMS MANUFACTURING COMPANY, Defendant. | ) | |

**AFFIDAVIT OF MEGAN R. BRILLAULT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Megan R. Brillault, Esquire, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant The Sherwin-Williams Manufacturing Company in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Megan R. Brillault, Esquire, being duly sworn, do hereby depose and say as follows:

1. I am a Principal of the law firm Beveridge & Diamond PC.

2. My business address is 825 Third Avenue, 16th Floor, New York, NY 10022.

3. I am a member in good standing of the following:

| Bar / Court | Number |
|---|---|
| New York State | 4222212 |
| District of Columbia | 292027 |
| U.S. Supreme Court | N/A |
| U.S. Court of Appeals, Second Circuit | N/A |
| U.S. Court of Appeals, Third Circuit | N/A |
| U.S. Court of Appeals, Fifth Circuit | N/A |

| | |
|---|---|
| U.S. Court of Appeals, Ninth Circuit | N/A |
| U.S. Court of Appeals, Eleventh Circuit | N/A |
| U.S. District Court - Southern District of New York | MB5562 |
| U.S. District Court - Western District of New York | MB5562 |
| U.S. District Court - Northern District of New York | 511541 |
| U.S. District Court - Eastern District of New York | MB5562 |

4. A current certificate of good standing from New York State is attached to this Affidavit as Exhibit A.

5. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

6. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

7. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter. I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: August 25, 2026

/s/ *Megan R. Brillault*
Megan R. Brillault

# EXHIBIT A

[Certificate of Good Standing]

EXCELSIOR

# Appellate Division of the Supreme Court
# of the State of New York
# Second Judicial Department

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Megan Rose Brillault

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 2, 2004**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

SUPREME COURT APPELLATE DIVISION • SECOND DEPARTMENT •

In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on June 3, 2026.

Clerk of the Court

CertID-00293501

Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
CLERK OF THE COURT

KENNETH BAND
MELISSA KRAKOWSKI
DEPUTY CLERKS

WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
RIAD P. WILLIAMS
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Clerk of the Court

Revised October 2024